**Motion to Reinstate Granted; Memorandum Opinion filed December 5, 2019, Withdrawn; Appeal Reinstated, and Order filed January 9, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00644-CV

———————

## IN THE INTEREST OF E.D.S., A CHILD

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2013-24757**

## ORDER

On December 5, 2019, this court issued an opinion dismissing this appeal. On December 13, 2019, appellant filed a motion to reinstate the appeal. The motion is GRANTED.

This court's opinion filed December 5, 2019 is WITHDRAWN, and our judgment of that date is VACATED. The appeal is ordered REINSTATED.

Appellant's brief is due by **February 10, 2020**.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.